**23-176**
**SECT. R MAG. 4**

**TO: DOCKET CLERK**

__ *MAGISTRATE CASE NUMBER*

*OR*

_X_ *NO MAGISTRATE PAPERS WERE FOUND*

*for*

NAME:  ANTOINE CLARK, DIMIRI FRAZIER, SHIRLEY HARRIS, ADONTE TURNER, TIFFANY TURNER

Initials: ___CMS___

If you receive this note without any initials, please return the entire packet to criminal desk .