PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION   ☑ INDICTMENT

Matter Sealed: ☐ Juvenile   ☐ Other than Juvenile
☐ Pre-Indictment Plea   ☐ Superseding   ☐ Defendant Added
☐ Indictment
☐ Information
☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
Divisional Office: EASTERN

Name and Office of Person Furnishing Information on THIS FORM: Kim Lapara
☐ U.S. Atty   ☐ Other U.S. Agency
Phone No. (504) 680-3030

Name of Asst. U.S. Attorney (if assigned): Maria Carboni

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI, SA Brandon Brown

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish   County

CASE NO. **23-176 SECT. R MAG. 4**

USA vs.
Defendant: Antoine Clark

[REDACTED]

☐ Interpreter Required   Dialect: _____

Birth Date: 1989
☑ Male   ☐ Female
☐ Alien (if applicable)

Social Security Number: 4938

**DEFENDANT**

Issue:   ☐ Warrant   ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Richard Richthofen, Jr.
☐ FPD   ☐ CJA   ☑ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 3 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18 USC Section 371 | Conspiracy to Commit Wire Fraud | 1 |
| 4 | Title 18 USC Sections 1343 and 2 | Wire Fraud | 2 & 3 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 23-176 SECT. R MAG. 4 |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: Dimitri Frazier |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT EASTERN<br>DISTRICT OF LOUISIANA    Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM: Kim Lapara<br>☐ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (504) 680-3030 | ☐ Interpreter Required   Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Maria Carboni | Birth Date 1992   ☑ Male ☐ Female   ☐ Alien (if applicable) |
| **PROCEEDING** | |
| Name of Complainant Agency, or Person (& Title, if any)<br>FBI, SA Brandon Brown | Social Security Number   5469 |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Issue: ☐ Warrant ☑ Summons<br>Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense | ☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| SHOW DOCKET NO. | |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) | Defense Counsel (if any): Stephen D. Hebert<br>☐ FPD ☐ CJA ☐ RET'D<br>☑ Appointed on Target Letter |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under | MAG. JUDGE CASE NO. |
| Place of offense: Orleans Parish   County | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts ___1___ (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18 USC Section 371 | Conspiracy to Commit Wire Fraud | 1 |
| | | | |
| | | | |
| | | | |

PER 18 U.S.C. 3170

**23-176**

**SECT. R MAG. 4**

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. _____ |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: Shirley Harris |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT **EASTERN**<br>DISTRICT OF **LOUISIANA** Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM: **Kim Lapara**<br>☐ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (504) 680-3030 | ☐ Interpreter Required   Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): **Maria Carboni** | Birth Date **1985**   ☐ Male ☑ Female   ☐ Alien (if applicable) |
| **PROCEEDING** | Social Security Number **7510** |
| Name of Complainant Agency, or Person (& Title, if any)<br>FBI, SA Brandon Brown | |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Issue: ☐ Warrant ☑ Summons<br>Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____<br>☐ Currently in Federal Custody<br>☐ Currently in State Custody ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br>☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under<br>SHOW DOCKET NO.<br>MAG. JUDGE CASE NO. | Defense Counsel (if any): _____<br>☐ FPD ☐ CJA ☐ RET'D<br>☐ Appointed on Target Letter |
| Place of offense: **Orleans Parish** County | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts __3__ (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18 USC Section 371 | Conspiracy to Commit Wire Fraud | 1 |
| 4 | Title 18 USC Sections 1343 and 2 | Wire Fraud | 2 & 3 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 23-176 SECT. RMAG. 4 |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: Adonte Turner |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT EASTERN<br>DISTRICT OF LOUISIANA Divisional Office | [redacted] |
| Name and Office of Person Furnishing Information on THIS FORM: Kim Lapara<br>☐ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (504) 680-3030 | ☐ Interpreter Required Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Maria Carboni | Birth Date: 1998 ☐ Male ☐ Alien<br>☑ Female (if applicable) |
| **PROCEEDING** | |
| Name of Complainant Agency, or Person (& Title, if any)<br>FBI, SA Brandon Brown | Social Security Number: 7435 |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Issue: ☐ Warrant ☑ Summons<br>Location Status:<br>Arrest Date_____ or Date Transferred to Federal Custody_____ |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense | SHOW DOCKET NO. | ☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) | | |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under | MAG. JUDGE CASE NO. | Defense Counsel (if any): David Arena<br>☐ FPD ☐ CJA ☐ RET'D<br>☑ Appointed on Target Letter |
| Place of offense: Orleans Parish County | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section / (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18 USC Section 371 | Conspiracy to Commit Wire Fraud | 1 |

PER 18 U.S.C. 3170

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |
| BY: ☐ INFORMATION  ☑ INDICTMENT | CASE NO. **23-176  SECT. R MAG. 4** |
| Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile  ☐ Pre-Indictment Plea  ☐ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added  ☐ Information | USA vs.  Defendant: Tiffany Turner  [redacted] |
| Name of District Court, and/or Judge/Magistrate Location (City)  UNITED STATES DISTRICT COURT  DISTRICT OF LOUISIANA  Divisional Office: EASTERN | |
| Name and Office of Person Furnishing Information on THIS FORM: Kim Lapara  ☐ U.S. Atty  ☐ Other U.S. Agency  Phone No. (504) 680-3030 | ☐ Interpreter Required   Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Maria Carboni | Birth Date: 1971  ☐ Male  ☑ Female  ☐ Alien (if applicable) |
| **PROCEEDING** | |
| Name of Complainant Agency, or Person (& Title, if any)  FBI, SA Brandon Brown | Social Security Number: 2256 |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| | Issue: ☐ Warrant  ☑ Summons |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Location Status:  Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Atty  ☐ Defense | ☐ Currently in Federal Custody  ☐ Currently in State Custody  ☐ Writ Required  ☐ Currently on bond  ☐ Fugitive |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)  SHOW DOCKET NO.: | Defense Counsel (if any): William Murphy Doyle  ☐ FPD  ☐ CJA  ☐ RET'D  ☑ Appointed on Target Letter |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under  MAG. JUDGE CASE NO.: | ☐ This report amends AO 257 previously submitted |
| Place of offense: Orleans Parish  County | |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18 USC Section 371 | Conspiracy to Commit Wire Fraud | 1 |