UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NUMBER 23-00176 |
| ANTOINE CLARK<br>DIMITRI FRAZIER<br>SHIRLEY HARRIS<br>ADONTE TURNER<br>TIFFANY TURNER | SECTION "R" |

**ORDER**

**IT IS HEREBY ORDERED,** that the Pre-Trial Conference, presently scheduled for October 26, 2023 at 10:30 am, is hereby CONTINUED to the ___4th___ day of ___January___, 202_4_ at ___10:30 a.m.___.

**IT IS FURTHER ORDERED** that the Trial, presently scheduled for November 6, 2023, at 8:30 am, is hereby CONTINUED to the ___29th___ day of ___January___, 202_4_ at ___8:30 a.m.___.

The motion for continuance is granted after the Court finds that the ends of justice served by such a continuance outweigh the interests of the public and the defendants to a speedy trial. This finding is made pursuant to 18 U.S.C. Section 3161(h)(7)(A). It is specifically found that the failure to grant a continuance, when taken as a whole, would deny counselors the reasonable time necessary for effective preparation, taken into account the exercise of due diligence.

New Orleans, Louisiana, this ___12th___ day of ___October___, 2023.

_Sarah Vance_
UNITED STATES DISTRICT JUDGE