**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 23-176** |
| **v.** | * | **SECTION: "R"** |
| **ANTOINE CLARK** | * | |
| **DIMITRI FRAZIER** | | |
| **SHIRLEY HARRIS** | * | |
| **ADONTE TURNER** | | |
| **TIFFANY TURNER** | * | |
| | * | |

\* \* \*

### **FINDINGS AND ORDER**

Having considered the Motion and Incorporated Memorandum to Continue Trial and Pretrial Conference, and the reasons stated herein; the motion is **GRANTED.**

**IT IS HEREBY ORDERED** that the trial and pretrial conference in <u>United States v. Antoine Clark, et al</u>, Criminal Docket Number 23-176 "R," presently scheduled for January 29, 2024, at 8:30 a.m. and January 4, 2024, at 10:30 a.m., respectively, be and are hereby continued. The trial is reset for the <u> 22nd </u> day of <u>     April     </u>, 2024, at <u> 8:30 a.m. </u> The pretrial conference is reset for the <u> 11th </u> day of <u>    April    </u>, 2024, at <u> 10:00 a.m. </u>   In granting this motion for continuance, this Court makes the following findings:

The Court finds that the ends of justice served by granting the continuance of the trial outweigh the best interest of the public and of the defendants in a speedy trial. Title 18, United States Code, Section 3161(h)(7)(A). Not granting this continuance to allow the parties to conclude their negotiations and possibly resolve this matter without the need for a trial will result in a miscarriage of justice. Title 18, United States Code, Section 3161(h)(7)(B)(i). In the event that the

parties fail in their efforts to reach a negotiated resolution, these discussions will have the benefit of permitting the parties to streamline the trial in this matter.

Accordingly, the Court finds the period of this continuance is excludable time under the Speedy Trial Act, Title 18, United States Code, section 3161, et seq.

New Orleans, Louisiana, this ___15th___ day of ___December___, 2023.

_____
SARAH S. VANCE UNITED
STATES DISTRICT JUDGE