MINUTE ENTRY
VANCE, J.
JULY 29, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL CASE

VERSUS                                       NO. 23-176

ANTOINE CLARK  (BOND)                        SECTION: R


CASE MANAGER: CHERICE SUER
COURT REPORTER: SAMMANTHA MORGAN
LAW CLERK: CAROLINE KORNDORFFER

SENTENCING

APPEARANCES:  ANTOINE CLARK, DEFENDANT
              RICHARD J. RICHTHOFEN, JR., COUNSEL FOR
              DEFENDANT
              EDWARD RIVERA, ASSISTANT U.S. ATTORNEY
              RYAN JONES, U.S. PROBATION OFFICER

Court begins at 11:06 a.m.
All present and ready.
Defendant present for sentencing as to Count 1 of the Indictment.
Defendant sentenced.
See Judgment and Commitment order.
Appeal rights explained.
Court adjourned at 11:18 a.m.


JS-10: 00:12